*E-FILED 1/27/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ZAIM BOJCIC, et al., | No. C 05-3877  RS |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

The above-entitled case is scheduled for a Case Management Conference on February 1, 2006 at 2:30 p.m.  Pursuant to the Order Setting Initial Case Management Conference, a Joint Case Management Conference Statement was to be filed with the Court seven days prior to the Conference.  No Case Management Statement has been filed..  Therefore, the Court continues the case management conference to **March 29, 2006 at 2:30 p.m.**

All parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than **March 22, 2006.**

The Court's original case schedule is hereby amended as follows:

1.  The last day to meet and confer re initial disclosures, early settlement, and discovery plan shall be March 8, 2006.

2. The last day to file a Joint ADA Certification with Stipulation to ADR process or a Notice of Need for ADR Phone Conference shall be March 8, 2006

3. The last day to complete initial disclosures or state objection in Rule 26(f) Report, file and serve the Case Management Statement, and file and serve Rule 26(f) Report shall be March 22, 2006.

4. Plaintiff shall immediately serve a copy of this Order on all parties to this action and on any parties subsequently joined in accordance with Fed.R.Civ.P. 4 and 5 and Civil L.R.16-2(a)

IT IS SO ORDERED.

Dated:  1/27/06

_____
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Kevin R. McLean, Esq.
Email:  krm@bellilaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated:  1/27/06

                                      /s/ BAK
                                      Chambers of Magistrate Judge Richard Seeborg