| | |
|---|---|
| Dennis Howell, Esq. SBN 78806<br>Rebecca Connolly, Esq. SBN 145482<br>GRUNSKY, EBEY, FARRAR & HOWELL<br>A Professional Corporation<br>240 Westgate Drive<br>Watsonville, CA 95076<br>Telephone:  (831)722-2444<br>Facsimile:   (831)722-6153<br>*dennis.howell@grunskylaw.com*<br>*rebecca.connolly@grunskylaw.com* | *E-FILED 3/7/06* |

Attorneys for Defendant Starbucks

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

SAN JOSE

| | |
|---|---|
| ESTATE OF ZIAM BOJCIC, AJNIJA BOJCIC, NURKO BADETA, NURKO MITHAT, NURKO ANZDA, NURKO AMELA, TUCAKOVIC LARIFA, TUCAKOVIC SMAZL, BELMA PREJLOBAC SEJAD.<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT, OFFICER DONALD GUESS, individually and in his official capacity, STARBUCKS, MANAGER STARBUCKS, individually and in her official capacity.<br><br>          Defendants. | Case No:  C05-3877 RS<br><br>**FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER** |

The undersigned parties hereby stipulate that all served defendants shall have until March 29, 2006 to answer or otherwise respond to the above-captioned complaint.  Plaintiffs' counsel has represented that prior to such date, but in no event later than March 15, 2006, he or substituted counsel will be filing an Amended Complaint.  If no amended complaint is filed by March 15, 2006, defendants plan on filing their responsive pleading on or before March 29, 2006.  Based on this

- 1 -

Stbu18024\ **stip-extend2.doc**
Further Stipulation to Extend Time to
Respond to Complaint; Continue CMC

**Case No. C05-3877 RS**

1  stipulated continuance with respect to the responsive pleading, the Case Management Conference
2  currently scheduled for March 29, 2006 is premature and the parties stipulate to continue the Case
3  Management Conference to June 28, 2006.  All parties will indicate whether they consent to proceed
4  before the Magistrate Judge as currently scheduled on March 8, 2006.

5      IT IS SO STIPULATED:

6
7  DATED:   3/7/06

8
                                            By_____/s/_____
9                                                Kevin R. McLean, Attorneys for Plaintiffs

10 DATED:   3/7/06
11

12                                              By_____/s/_____
13                                               Clifford Greenberg, Attorneys for Defendants
14                                                City Of San Jose, San Jose Police Department,
                                             And Officer Guess
15
16 DATED:   3/7/06                            GRUNSKY, EBEY, FARRAR & HOWELL

17
                                             By_____/s/_____
18                                                Rebecca Connolly, Attorneys for Defendant
                                             Starbucks
19

20     PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Case Management
21 Conference currently scheduled for March 29, 2006 is continued to June 28, 2006 at 2:30 p.m.  The
22 defendants shall have until March 29, 2006 to file their responsive pleading.

23
24
25 DATED:  3/7/06                                _____/s/ Richard Seeborg_____
26                                              Richard Seeborg
                                             United States Magistrate Judge
27
28

Stbu18024\ **stip-extend2.doc**                                                                **Case No. C05-3877 RS**
Further Stipulation to Extend Time to
Respond to Complaint; Continue CMC

**General Rule 45 Attestation**

I, Rebecca Connolly, hereby declare that I have the concurrence of the above-named signatories to file this document electronically.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of March 2006, at Watsonville, California.

                         /s/
                         Rebecca Connolly

Stbu18024\ **stip-extend2.doc**
Further Stipulation to Extend Time to
Respond to Complaint; Continue CMC

**Case No. C05-3877 RS**