Dennis Howell, Esq. SBN 78806
Rebecca Connolly, Esq. SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Telephone: (831)722-2444
Facsimile: (831)722-6153
*dennis.howell@grunskylaw.com*
*rebecca.connolly@grunskylaw.com*

Attorneys for Defendant Starbucks

*E-FILED 3/29/06*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

SAN JOSE

ESTATE OF ZIAM BOJCIC, AJNIJA BOJCIC, NURKO BADETA, NURKO MITHAT, NURKO ANZDA, NURKO AMELA, TUCAKOVIC LARIFA, TUCAKOVIC SMAZL, BELMA PREJLOBAC SEJAD.

Plaintiffs,

v.

CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT, OFFICER DONALD GUESS, individually and in his official capacity, STARBUCKS, MANAGER STARBUCKS, individually and in her official capacity.

Defendants.

Case No: C05-3877 RS

**FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** AND ORDER THEREON

The undersigned parties hereby stipulate that all served defendants shall have until April 20, 2006, to answer or otherwise respond to the above-captioned complaint. Plaintiffs' counsel has represented that prior to such date, but in no event later than April 12, 2006, he or substituted counsel will be filing an Amended Complaint. If no amended complaint is filed by April 12, 2006, defendants plan on filing their responsive pleading on or before April 20, 2006.

IT IS SO STIPULATED:

DATED: 3/28/06

By /s/
Kevin R. McLean, Attorneys for Plaintiffs

DATED: 3/28/06

By /s/
Clifford Greenberg, Attorneys for Defendants City Of San Jose, San Jose Police Department, And Officer Guess

DATED: 3/28/06

GRUNSKY, EBEY, FARRAR & HOWELL

By /s/
Rebecca Connolly, Attorneys for Defendant Starbucks

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the defendants shall have until April 20, 2006 to file their responsive pleading.

DATED: 3/29/06

Richard Seeborg
United States Magistrate Judge

- 2 -

Stbu18024\ **stip-extend3.doc**
Further Stipulation to Extend Time to Respond to Complaint

**Case No. C05-3877 RS**

**General Rule 45 Attestation**

I, Rebecca Connolly, hereby declare that I have the concurrence of the above-named signatories to file this document electronically.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 28th, day of March 2006, at Watsonville, California.

/s/
Rebecca Connolly

- 3 -

Stbu18024\ **stip-extend3.doc** **Case No. C05-3877 RS**
Further Stipulation to Extend Time to Respond to Complaint