| | |
|---|---|
| RANDALL H. SCARLETT (SBN 135554)<br>ROBERT E. ORMISTON (SBN 141857)<br>SCARLETT LAW GROUP<br>536 Pacific Avenue, 1st Floor<br>San Francisco, CA 94133<br>Telephone: (415) 352-6264<br>Facsimile:  (415) 352-6265<br>rscarlett@scarlettlawgroup.com | *E-FILED 8/8/07* |

CAL J. POTTER III (Nevada Bar No. 001988)
Potter Law Offices
1125 Shadow Lane
Las Vegas, NV 89102
Telephone: (702) 385-1954
Facsimile: (702) 385-9081
lpotter@potterlawoffices.com

Attorneys for Plaintiff
Estate Of Ziam Bojcic and
Ajnija Bojcic

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF ZIAM BOJCIC and AJNIJA BOJCIC,<br><br>            Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT, OFFICER DONALD GUESS, Individually and in his official capacity, et al.,<br><br>            Defendants. | Case No.: C 05 03877 RS<br><br>**STIPULATION AND ORDER ENLARGING TIME FOR PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Date: August 29, 2007<br>Time: 9:00 AM<br>Ctrm.: 4 – 5th Floor<br><br>Action Filed: September 26, 2005<br>Trial Date: November 5, 2007 |

---

STIPULATION & ORDER RE: ENLARGEMENT OF TIME FOR PLAINTIFFS'
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (No. C 05 03877 RS)        1

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that plaintiffs shall have to and including August 13, 2007, within which to file and serve their Opposition and supporting documents to defendants' Motion for Summary Judgment and, defendants shall have to and including August 20, 2007, within which to file and serve their Reply Brief.

DATED: August 8, 2007        POTTLER LAW OFFICES

By _____
CAL J. POTTER III, ESQ.
JOHN FUNK, ESQ.
Attorneys for Plaintiffs

DATED: August 8, 2007        OFFICE OF THE CITY ATTORNEY

By _____
CLIFFORD GREENBERG, ESQ.
STEVEN B. DIPPELL, ESQ.
Attorneys for Defendants

## ORDER

Pursuant to Stipulation of the parties,

IT IS HEREBY ORDERED that plaintiffs may have to and including August 13, 2007, within which to file and serve their Opposition and supporting documents to defendants' Motion for Summary Judgment and defendants may have to and including August 20, 2007, within which to file and serve their Reply Brief.

DATED: _____

_____
RICHARD SEEBORG
United States District Court Judge
Northern District of California

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that plaintiffs shall have to and including August 13, 2007, within which to file and serve their Opposition and supporting documents to defendants' Motion for Summary Judgment and, defendants shall have to and including August 20, 2007, within which to file and serve their Reply Brief.

DATED: August 8, 2007                    POTTLER LAW OFFICES

By _____
CAL J. POTTER III, ESQ.
JOHN FUNK, ESQ.
Attorneys for Plaintiffs

DATED: August 8, 2007                    OFFICE OF THE CITY ATTORNEY

By _____
CLIFFORD GREENBERG, ESQ.
STEVEN B. DIPPELL, ESQ.
Attorneys for Defendants

## ORDER

Pursuant to Stipulation of the parties,

IT IS HEREBY ORDERED that plaintiffs may have to and including August 13, 2007, within which to file and serve their Opposition and supporting documents to defendants' Motion for Summary Judgment and defendants may have to and including August 20, 2007, within which to file and serve their Reply Brief.

DATED: August 8, 2007

_____
RICHARD SEEBORG
United States District Court Judge
Northern District of California

STIPULATION & ORDER RE: ENLARGEMENT OF TIME FOR PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (No. C 05 03877 RS)      2

SCARLETT LAW GROUP
536 Pacific Avenue
San Francisco, CA 94133