***E-FILED 10/30/07***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF ZIAM BOJCIC, et al., | NO. C05 3877 RS |
| Plaintiffs, | **ORDER RE TRIAL PROCEEDINGS** |
| v. | |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

As noted in the Court's order on defendants' motion for summary judgment, there is a factual dispute in this action regarding whether plaintiffs properly submitted their tort claim, a prerequisite to their claims for relief under state law. In the absence of any authority suggesting that issue is triable to the Court, and because plaintiffs have declined to waive a jury as to that portion of the case, the matter will be tried to the jury. Defendant's request to bifurcate and try this issue first is denied. The 15 hour time limit per side will remain in place.

The parties are directed to submit a proposed verdict form with special interrogatories that

1

includes the threshold issue on plaintiffs' state law claims referred to above no later than the commencement of trial on November 6, 2007.

IT IS SO ORDERED.

Dated: October 30, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

2

1 **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2 Rebecca Connolly     Rebecca.Connolly@grunskylaw.com, Alice.Wilkerson@grunskylaw.com

3 Clifford S. Greenberg     cao.main@ci.sj.ca.us

4 Kevin Roy McLean     krm@bellilaw.com, webmaster@bellilaw.com

5 Cal J. Potter , lll     lpotter@potterlawoffices.com

6 Randall H. Scarlett     rscarlett@scarlettlawgroup.com, reormiston@scarlettlawgroup.com

8 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

10 **Dated: 10/30/07**                                                   **Chambers of Judge Richard Seeborg**

**By:**     **/s/ BAK**