*E-FILED 11/1/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF ZIAM BOJCIC, et al., | NO. C05 3877 RS |
| Plaintiffs, | **ORDER AUTHORIZING AUDIOVISUAL AND COMPUTER EQUIPMENT TO BE BROUGHT INTO COURTHOUSE** |
| v. | |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

Good cause appearing, it is hereby ordered that counsel for plaintiffs be permitted to bring audiovisual and computer equipment into the courthouse for use at the trial commencing on November 6, 2007, and continuing from day to day thereafter until completed.

IT IS SO ORDERED.

Dated: November 1, 2007

RICHARD SEEBORG
United States Magistrate Judge

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Rebecca Connolly    Rebecca.Connolly@grunskylaw.com, Alice.Wilkerson@grunskylaw.com

Clifford S. Greenberg    cao.main@ci.sj.ca.us

Kevin Roy McLean    krm@bellilaw.com, webmaster@bellilaw.com

Cal J. Potter , lll    lpotter@potterlawoffices.com

Randall H. Scarlett    rscarlett@scarlettlawgroup.com, reormiston@scarlettlawgroup.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 11/1/07**                                                                      **Chambers of Judge Richard Seeborg**

                                                                                        **By:**      **/s/ BAK**