```
RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
CLIFFORD GREENBERG, Sr. Deputy City Attorney (122612)
STEVEN B. DIPPELL, Sr. Deputy City Attorney (#121217)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900          *E-FILED 12/19/07*
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov
```

Attorneys for CITY OF SAN JOSE and
OFFICER DONALD GUESS

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF ZIAM BOJCIC, AJNIJA BOJCIC, NURKO BADETA, NURKO MITHAT, NURKO ANZDA, NURKO AMELA, TUCAKOVIC LARIFA, TUCAKOVIC SMAZI, BELMA PREJLOBAC SEJAD,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT, OFFICER DONALD GUESS, individually and in his official capacity, STARBUCKS, MANAGER STARBUCKS, individually and in her official capacity, and DOES, inclusive,<br><br>Defendant(s). | Case Number: C-05-03877 RS<br><br>STIPULATION AND [PROPOSED] ORDER FOR RELEASE AND PRESERVATION OF TRIAL EVIDENCE |

### STIPULATION

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREWITH STIPULATE AND JOINTLY REQUEST that the court order the exhibits introduced into evidence during the trial of this matter released to the City of San Jose (the "City"); that the City hold those exhibits until the judgment in this case becomes final or the court orders

---

otherwise, whichever occurs first; and that the City be permitted after the judgment becomes final to dispose of the exhibits without further order of the court.

Respectfully submitted,

Dated: December 18, 2007

RICHARD DOYLE, City Attorney

By: _____
CLIFFORD GREENBERG
Sr. Deputy City Attorney

Attorneys for CITY OF SAN JOSE and OFFICER DONALD GUESS

Dated: December 18, 2007

POTTER LAW GROUP

By: _____
CAL J. POTTER, III

Attorneys for Plaintiffs,
ESTATE OF ZIAM BOJCIC, et al.

**IT IS SO ORDERED**

Dated: December 18, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge